UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANNY RANA,<br>Defendant. | Case No.: 1:24-CR-00103-KES<br>**Order Terminating Supervised Release** |

Good cause appearing, the Court grants Mr. Rana's motion to terminate supervised release.

IT IS SO ORDERED.

Dated: November 16, 2026

UNITED STATES DISTRICT JUDGE